No. A–940 (85–7002). DAWSON v. UNITED STATES. C. A. 3d Cir. Application for bail, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. A–1006. CITY OF YONKERS ET AL. v. UNITED STATES ET AL. D. C. S. D. N. Y. Application for stay, addressed to JUSTICE REHNQUIST and referred to the Court, denied.

No. A–1008 (85–1535). VEREZ ET AL. v. VIRGINIA. Sup. Ct. Va. Application for bail, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. 86–5299 (A–114). WOOLLS v. MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant the application for stay and the petition for writ of certiorari, and would vacate the death sentence in this case.

No. 84–1948. LYNG, SECRETARY OF AGRICULTURE, ET AL. v. PAYNE ET AL., 476 U. S. 926;

No. 85–755. REED v. CAMPBELL, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF RICKER, 476 U. S. 852;

No. 85–1411. MCCALLUM v. UNITED STATES, 476 U. S. 1182;

No. 85–1459. POWELL v. POWELL, 476 U. S. 1180;

No. 85–1641. MULLIGAN v. HAZARD ET AL., 476 U. S. 1174;

No. 85–1648. CALIFORNIA HOSPITAL ASSN. ET AL. v. HENNING, LABOR COMMISSIONER, DIVISION OF LABOR STANDARDS ENFORCEMENT, DEPARTMENT OF INDUSTRIAL RELATIONS OF CALIFORNIA, 477 U. S. 904; and

No. 85–1711. GRIMES v. LOUISVILLE & NASHVILLE RAILROAD Co., 476 U. S. 1160. Petitions for rehearing denied.